AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Brittney Heitman <br> *Plaintiff* <br> v. <br> Aftab Pureval <br> *Defendant* | ) ) ) Case No. 1:18-cv-591 ) ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hamilton County Clerk of Courts

Date: 08/23/2018

/s/Jerome A. Kunkel
*Attorney's signature*

Jerome A. Kunkel 0039562
*Printed name and bar number*

Hamilton County Prosecutor's Office
230 E. Ninth Street, Suite 4000
Cincinnati, OH 45202

*Address*

Jerry.Kunkel@hcpros.org
*E-mail address*

(513) 946-3103
*Telephone number*

(513) 946-3018
*FAX number*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 23, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                    */s/ Jerome A. Kunkel*
                                                    Jerome A. Kunkel (0039562)
                                                    Assistant Prosecuting Attorney