AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Heitman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-00591-SJD |
| Pureval | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Aftab Pureval

Date: 08/23/2018

s/ Terence R. Coates
*Attorney's signature*

Terence R. Coates (0085579)
*Printed name and bar number*

Markovits, Stock & DeMarco, LLC
3825 Edwards Road, Suite 650
Cincinnati, OH 45209

*Address*

tcoates@msdlegal.com
*E-mail address*

(513) 651-3700
*Telephone number*

(513) 665-0219
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2018 I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/Terence R. Coates
Terence R. Coates (0085579)
*Attorney for Defendant, Aftab Pureval*